UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 11-878 (CKK) |

## JOINT STIPULATION OF SETTLEMENT AND DISMISSAL

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. Defendant shall pay Plaintiff a lump sum of Four Thousand Six Hundred Dollars ($4,600.00) in attorneys' fees and costs in this matter. Defendant shall also make a voluntary release of a name previously redacted on page 777 of the materials provided to Plaintiff in response to its Freedom of Information Act request identified in the Complaint. Defendant shall continue to rely upon Exemption 5 for the remainder of the paragraph in which the name appears.

3. Payment of such attorneys' fees and costs will be made by a check drawn on the account of the United States as set forth in paragraph two, made payable to Plaintiff. Counsel for Defendant agrees that, upon notification of the Court's ordering this Stipulation, Defendant will promptly cause the documentation necessary to effectuate this payment to be completed and transmitted to the Department of Education.

4. Plaintiff agrees to forever discharge, release, and withdraw any claims of access to records or portions of records sought in this action.

5. This Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs and attorneys fees that have been, or could be, made in this case. In particular, this Stipulation of Settlement shall include all claims for attorneys' fees and costs incurred in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

6. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8. The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States.

9. Execution of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendant shall constitute a dismissal of this action with prejudice, effective upon order of the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: October 14, 2011
Washington, DC

Respectfully submitted,

_____
ANNE L. WEISMANN, No. 298190
Citizens for Responsibility and Ethics
in Washington
1400 Eye Street, N.W. - Suite 450
Washington, D.C. 20005
(202) 408-5565
(202) 588-5020 (fax)

Attorneys for Plaintiff

_____
RUDOLPH CONTRERAS, Bar No. 434122 /RC
JANE M. LYONS, D.C. Bar No. 451737
Assistant United States Attorneys
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7161
(202) 514-8780 (fax)

Attorneys for Defendant


**SO ORDERED:**

On this  17th  day of  October , 2011.


_____
COLLEEN KOLLAR-KOTELLY
United States District Judge


Copies to Counsel of Record by CM/ECF.